UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CAROL KOHN, Mother and legal guardian of SGT, Minor and ESTATE OF SGT,<br><br>Plaintiffs,<br><br>v.<br><br>CAMDEN COUNTY SCHOOL DISTRICT, DANIEL BURNS, Official and Individual Capacity and GAIL DUGGER, Official and Individual Capacity and KATHRYN JACKSON, Official and Individual Capacity<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: CASE NO.: 2:21-CV-108<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION FOR REQUEST FOR LEAVE OF ABSENCE

COMES NOW Joseph R. Odachowski, counsel for Plaintiff Carol Kohn, in the above-stated case and requests leave of absence to travel out of the country for business and vacation for the period of **June 24, 2024 through July 5, 2024 and July 19, 2024 through July 27, 2024.** Counsel is notifying all other counsel in this matter.

WHEREFORE, Counsel asks the Court to grant the requested leave.

Respectfully submitted, the 19th day of June, 2024.

*SIGNATURE ON FOLLOWING PAGE*

/s/ *Joseph R. Odachowski*
JOSEPH R. ODACHOWSKI
Georgia State Bar No: 549470
*Attorney for Plaintiffs*

TAYLOR, ODACHOWSKI, SCHMIDT
    & CROSSLAND, LLC
300 Oak Street, Suite 100
St. Simons Island, Georgia 31522
Telephone:    (912) 634-0955
Facsimile:    (912) 638-9739
Email:    jodachowski@tosclaw.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel for all parties in the foregoing matter with a copy of the *Motion for Request for Leave of Absence* by addressing a true and correct copy of same to:

> Brian Smith, Esq.
> Pereira, Kirby, Kinsinger & Nguyen, LLP
> 210 Washington Street NW
> Suite 203
> Gainesville, Georgia   30501
> bsmith@hhhlawyers.com
> ***Attorney for Defendants***

and sending via email.

Respectfully submitted, this 19th day of June, 2024.

/s/ *Joseph R. Odachowski*
JOSEPH R. ODACHOWSKI
Georgia State Bar No: 549470
*Attorneys for Plaintiffs*

Taylor, Odachowski, Schmidt
    & Crossland, LLC
300 Oak Street, Suite 100
St. Simons Island, Georgia 31522
Telephone:    (912) 634-0955
Facsimile:    (912) 638-9739
Email:              jodachowski@tosclaw.com