UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERK'S MINUTES

---

**CASE NO. 221-cv-108**                                              **DATE: 7/9/2024**

**TITLE:** Carol Kohn and Estate of SGT v. Camden County School District, et al.

---

| **HONORABLE BENJAMIN W. CHEESBRO** | **COURTROOM DEPUTY: KIM MIXON** |
|---|---|
| **COURT REPORTER: BWC-CHAMBERS** | **TIME: 4:00-4:23   TOTAL: 23 minutes** |

---

| **PLAINTIFF:** | **COUNSEL FOR PLAINTIFF:** |
|---|---|
| Carol Kohn | Morrison Waite Thomas |
| Estate of Sebastian Gonzalez Torres | Joseph R. Odachowski |
| **DEFENDANT:** | **COUNSEL FOR DEFENDANT:** |
| Camden County School District | Brian C. Smith |
| Daniel Burns | |
| Gail Duggar | |
| Kathryn Jackson | |

**TELEPHONIC STATUS CONFERENCE**

**Telephonic status conference held.**
**Court reviews case status and discovery deadlines.**
**Court hears from parties.**
**Mr. Thomas states Plaintiff has taken one deposition with several others that remain to be taken, one being that of Defendant Daniel Burns. Mr. Smith states Mr. Burns has had recent health issues but is expected to return to work next week.**
**Mr. Thomas seeks to depose Mr. Burns, an IT professional, Mr. McElroy, and students from SGT's class.**
**Mr. Thomas seeks to determine what data may be available as part of SGT's school login.**
**Court encourages Mr. Smith to make contact with Mr. Burns to help facilitate the scheduling of the deposition.**
**Mr. Smith is expected to provide student information to Mr. Thomas next week.**
**Court will not, at this time, set a deadline for Plaintiff's renewed request for sanctions.**
**Court will take any request for oral argument on pending motions under advisement.**
**Court will set an additional status call approximately 30-days out.**