IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CAROL KOHN, mother and legal guardian of SGT, and ESTATE OF SGT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CAMDEN COUNTY SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 2:21-cv-108 |

**O R D E R**

The Court previously re-opened discovery in this case and granted extensions to allow Plaintiffs to conduct additional depositions. Docs. 98, 104, 116. The Court conducted a telephonic status conference on August 14, 2024. Plaintiffs explained all written discovery has been completed. Plaintiffs have scheduled two depositions within the next 10 days and are working to schedule one additional deposition. The parties anticipate discovery will be completed within the next 30 days. The Court enters the following new deadlines for the re-opened discovery period:

| EVENT | DEADLINE |
|---|---|
| Close of Discovery | September 13, 2024 |
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | October 14, 2024 |

**SO ORDERED**, this 19th day of August, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA