**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| CAROL KOHN, mother and legal guardian of SGT, and ESTATE OF SGT, | |
| Plaintiffs, | CIVIL ACTION NO.: 2:21-cv-108 |
| v. | |
| CAMDEN COUNTY SCHOOL DISTRICT, et al., | |
| Defendants. | |

## O R D E R

The Court previously re-opened discovery in this case and granted extensions to allow Plaintiffs to conduct additional depositions.  Docs. 98, 104, 116.  The Court previously issued an Order setting deadlines for the re-opened discovery period and civil motions deadline.  Doc. 117.  The Court conducted a telephonic status conference on September 12, 2024.  Doc. 124.  Plaintiffs explained they need to conduct three more depositions to complete discovery.  During the telephonic status conference, I ordered that Plaintiffs would have three additional weeks to complete depositions.  Id.  The Court enters the following new deadlines for the re-opened discovery period to memorialize the direction given during the status conference:

| EVENT | DEADLINE |
|---|---|
| Close of Discovery | October 4, 2024 |
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | October 25, 2024 |

**SO ORDERED**, this 17th day of September, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA