UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CAROL KOHN, Mother and legal guardian of SGT, Minor and ESTATE OF SGT, | : : : |
| Plaintiffs, | : : |
| v. | : CASE NO.: 2:21-CV-108 |
| | : |
| CAMDEN COUNTY SCHOOL DISTRICT, DANIEL BURNS, Official and Individual Capacity and GAIL DUGGER, Official and Individual Capacity and KATHRYN JACKSON, Official and Individual Capacity | : : : : : : : |
| Defendants. | : |

**PLAINTIFFS' RESPONSE TO DEFENDANTS'**
**EMERGENCY MOTION TO STRIKE**

Plaintiffs strongly disagree that they have violated any of the Federal Rules of Civil Procedure. Defendants' Motion to Strike should be denied for the following reasons:

1. Defendants' claim that Plaintiffs failed to disclose Joshua Bass as a potential witness is false. Plaintiffs disclosed Joshua Bass as a potential witness with Carol Kohn's Declaration on December 8, 2023. [Dkt. 88-4, ¶¶ 26-28]

2. Specifically, Plaintiff Carol Kohn testified, "Following receipt of Mr. Burns' affidavit, I contacted Mark Gilbert and Joshua Bass, who were SGT's classmates in the fall of 2019. I asked each of them if they had any recollection of SGT in PE class within the last two weeks that he was alive. Both of them recalled memories of him in the PE class within the last two weeks that he was alive." [Id.]

3. Plaintiffs did not discover Joshua Bass until after Defendants filed their first summary judgement, when they were investigating the questionable veracity of Defendants' new facts and witness. [See generally, Dkt. 88]

4. Joshua Bass is purely a rebuttal witness to Defendants' new factual theory – that SGT was moved out of his gym class. His testimony would not have been relevant to the case but for Defendants' late disclosures of the McElroy affidavit and Burns' self-serving affidavit. [Dkt. 132-1]

5. Plaintiffs disclosed to Defendants and the Court that they intended to submit one or more declarations to rebut Defendants' new factual theory. [Dkt. 118]

6. The timing of the Johua Bass disclosure is immaterial because the Court only reopened discovery to Plaintiffs, which was an element of the sanction the Court applied to Defendant due to their late disclosure. [Dkt. 98]

7. Upon information and belief, Defendants possess contact information for Joshua Bass through their own records. Since Plaintiffs disclosed Joshua Bass as a potential witness, Defendants were free to informally contact him at their convenience.

Given the foregoing, Plaintiffs contend that they have met their burdens under the Federal Rules of Civil Procedure and no sanction or extension of deadlines is necessary. Defendants' Motion should be denied.

This 8th day of November, 2024.

                                                   /s/ *M. Waite Thomas*
                                                 Joseph R. Odachowski
                                                 Georgia State Bar No: 549470
                                                 M. Waite Thomas
                                                 Georgia State Bar No: 617667
                                                 *Attorneys for Plaintiffs*

Taylor, Odachowski, Schmidt
    & Crossland, LLC
300 Oak Street, Suite 200
St. Simons Island, Georgia 31522
Telephone:    (912) 634-0955
Facsimile:    (912) 638-9739
Email:    jodachowski@tosclaw.com
            wthomas@tosclaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties in the foregoing matter with a copy of the ***Plaintiffs' Response to Defendants' Emergency Motion to Strike*** through the Clerk of Court, using the CM/ECF system, which will automatically send email notification of such filing to the attorney(s) of record.

This  8th  day of   November  , 2024.

                                               /s/ *M. Waite Thomas*
                                               JOSEPH R. ODACHOWSKI
                                               Georgia State Bar No: 549470
                                               M. WAITE THOMAS
                                               Georgia State Bar No: 617667
                                               *Attorneys for Plaintiffs*

TAYLOR, ODACHOWSKI, SCHMIDT
    & CROSSLAND, LLC
300 Oak Street, Suite 100
St. Simons Island, Georgia 31522
Telephone:    (912) 634-0955
Facsimile:    (912) 638-9739
Email:         jodachowski@tosclaw.com
                wthomas@tosclaw.com