UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| CAROL KOHN, Mother and legal guardian of SGT, Minor and ESTATE OF SGT, | : : : |
| Plaintiffs, | : : |
| v. | : CASE NO.: 2:21-CV-108 : |
| CAMDEN COUNTY SCHOOL DISTRICT, DANIEL BURNS, Individual Capacity, and GAIL DUGGER, Individual Capacity, and KATHRYN JACKSON, Individual Capacity, | : : : : : : : |
| Defendants. | : |

**ORDER**

Before the Court is Plaintiffs' Motion for an Extension of Time pursuant to Fed. R. Civ. P. 6, and Local Rule 6, regarding Plaintiffs' Reply to Defendants' Response to Plaintiffs' Motion for Spoliation. Having reviewed and considered the Unopposed Motion, the Clerk of Court finds that good cause supports the extension.

It is hereby ORDERED that the Unopposed Motion is GRANTED and that all responsive pleadings and filings are hereby extended until December 13, 2024.

This 2nd day of December, 2024.

_____, Deputy Clerk
UNITED STATES CLERK OF COURT
SOUTHERN DISTRICT OF GEORGIA